

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,160-01

### IN RE MICHAEL PAUL LAVOIE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. F47171A IN THE 18TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends, among other things, that he filed a motion to recuse Respondent, the Judge of the 18th District Court, and that Respondent has not responded to his motion.

Rule of Civil Procedure 18a applies to habeas proceedings before trial judges. *Ex parte Sinegar*, 324 S.W.3d 578 (Tex. Crim. App. 2010). Regardless of whether a motion complies with Rule 18a, within three business days after a motion to recuse is filed, a trial judge must either sign and file an order of recusal or sign and file an order referring the motion to the regional presiding judge. TEX. R. CIV. P. 18a(f)(1). Respondent shall file a response with this Court within 30 days

of the date of this order and state whether Relator has filed a motion to recuse in the trial court and, if so, whether Respondent has complied with Rule 18a(f)(1). This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: October 15. 2014
Do not publish